ACCEPTED
03-15-00408-CV
6410886
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 3:55:12 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00408-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 3:55:12 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS OF TEXAS
# THIRD DISTRICT, AT AUSTIN

## ALAN B. RICH d/b/a LAW OFFICE OF ALAN B. RICH,

*Appellant*,

**vs.**

## CANTILLO & BENNETT, L.L.P., SPECIAL DEPUTY RECEIVER OF SANTA FE AUTO INSURANCE COMPANY, INC.,

*Appellee.*

**Appeal from the 98th Judicial District Court of Travis County, Texas
Hon. Amy Clark Meachum, 201st District Court, Presiding
Trial Court Cause No. D-1-GN-15-000799**

## APPELLANT'S NOTICE OF LEAD COUNSEL

Alan B. Rich
State Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270
214.744.5100
214.744.5101 [fax]
arich@alanrichlaw.com

LEAD COUNSEL FOR APPELLANT

TO THE HONORABLE COURT OF APPEALS:

The Appellant hereby designates Alan B. Rich as lead counsel on this appeal in place of Mr. David Boyce who signed the notice of appeal. Mr. Rich's contact information is as follows:

Alan B. Rich
State Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
214.744.5100
214.744.5101 [Fax]
arich@alanrichlaw.com

Respectfully submitted,

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas  78701
512/476-4600
512/476-5382 (Fax)

By:    /s/ David P. Boyce
       David P. Boyce
       State Bar No. 02759770
       dboyce@w-g.com

and

/s/ Alan B. Rich

_____

Alan B. Rich
State Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
214.744.5100
214.744.5101 [Fax]
arich@alanrichlaw.com

COUNSEL FOR THE APPELLANT

## Certificate of Service

The undersigned certifies that on August 7, 2015, a copy of this brief were served on the Attorneys for the Appellee through the court's electronic filing system as follows:

Fuller Law Group
Christopher Fuller
State Bar No. 07515500
4612 Ridge Oak Drive
Austin, Texas 78731
Telephone: (512) 470-9544
Email: cfuller@fullerlaw.org

/s/ Alan B. Rich

Alan B. Rich